————o————

JAMES H. BIRCH, Appellant, *vs.* HENRY HOYT, Respondent.

1. *Practice, Supreme Court—Failure to assign error, etc.*—Where appellant fails to file assignment of errors, statement or brief, as required by law, the appeal will be dismissed.

*Appeal from Clinton Circuit Court.*

*J. E. Merryman, Thos. J. Porter & J. M. Riley*, for Respondent.

WAGNER, Judge, delivered the opinion of the court.

In this case the appellant has failed to file an assignment of errors, statement and brief as required by law. The appeal will therefore be dismissed. The other judges concur, except judge Sherwood who is absent.